IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DONALD E. HATHAWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| VERITIV OPERATING COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## COMPLAINT

COMES NOW the Plaintiff, Donald E. Hathaway, by and through his counsel, Mark G. Ayesh and David M. Hahn of the Ayesh Law Offices, and for his complaint alleges and states as follows:

### A. PARTIES

1. Plaintiff, Donald E. Hathway, is a citizen and resident of Valley Center, Sedgwick County, Kansas, with a residence address of 11944 North Rock Road, Valley Center, Kansas 67147. Plaintiff, Donald E. Hathaway, is hereinafter referred to as "Plaintiff."

2. Defendant, Veritiv Operating Company, is a foreign for-profit corporation authorized to do business in the State of Kansas (Business Entity ID No. 7155997). Defendant, Veritiv Operating Company, may be served by and through its Resident Agent, The Corporation Company, Inc., 112 S.W. 7th Street, Suite 3C, Topeka, Kansas 66603. Defendant, Veritiv Operating Company, is hereinafter referred to as "Defendant."

## B.  JURISDICTION

3.	This an employment case arising under the Age Discrimination in Employment Act (ADEA) 29 U.S.C. §621 et seq. ("ADEA") and under Contract.  This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §1331.  The Court has supplemental jurisdiction over Plaintiff's pendant state law claims pursuant to 28 U.S.C. §1367.

4.	The unlawful practices and actions alleged below were committed within the State of Kansas and venue is properly laid in this Court by virtue of 28 U.S.C. §1391(b).

5.	Plaintiff has fully exhausted his administrative remedies with the United States Equal Employment Opportunity Commission ("EEOC").

6.	On March 12, 2018, Plaintiff filed an age discrimination charge with the EEOC (*Donald E. Hathway v. Veritiv Corporation*, EEOC Charge No. 563-2018-01338).  On May 24, 2018, Plaintiff received his Right to Sue Letter from the EEOC.  Plaintiff brings his cause of action within ninety (90) days from the date of receipt of the Notice of Right to Sue.

## C.  FACTS

7.	Plaintiff incorporates by reference paragraphs 1 through 6 of this Complaint.

8.	Plaintiff is a sixty-one (61) year old male.

9.	Plaintiff was employed by Defendant and/or Defendant's predecessors for thirty-four (34) years.

10.	Plaintiff received regular accolades, excellent evaluations and promotions throughout Plaintiff's career at Defendant.

11. Plaintiff had a spotless record with the Defendant or its predecessors and never had any disciplinary action taken against him until his termination of employment.

12. Upon commencement of employment and throughout Plaintiff's employment, the Plaintiff, through representations made to Plaintiff by representatives of Defendant, understood that Plaintiff's job would continue uninterrupted until Plaintiff decided to retire.

13. Plaintiff understood that the Plaintiff could only be terminated for cause and only after notice, an opportunity to be heard and progressive discipline.

14. The facts and circumstances throughout Plaintiff's employment, his regular promotions and pay raises, his excellent evaluations, representations made by management and the conduct of the parties, formed an implied in fact employment contract which provided that the Plaintiff could remain employed until retirement, could only be terminated for cause and then only after notice, an opportunity to be heard, and progressive discipline.

15. Without notice or an opportunity to be heard, Plaintiff was terminated on August 17, 2017, allegedly for "code of ethics violation and lack of management skills".

16. The reason offered by the Defendant for the termination of the Plaintiff is pretextual.

17. Plaintiff's job duties were transferred to a younger individual.

18. Plaintiff was terminated solely due to his age.

### D. CAUSES OF ACTION

#### 1. ADEA Discrimination

19. Plaintiff incorporates by reference Paragraphs 1 through 18 of this Complaint.

20. Plaintiff was over forty (40) years of age.

21. Defendant willfully discriminated against Plaintiff because of his age.

22. Plaintiff's age was the sole motivating factor in Defendant's decision to terminate the Plaintiff.

WHEREFORE, Plaintiff prays for a judgment in his favor against Defendant for the following relief:

A. For monetary damages in excess of Seventy-five Thousand Dollars ($75,000) to compensate Plaintiff for economic damages, prejudgment interest, for compensatory damages and for past and future nonpecuniary loss; and

B. For appropriate injunctive and/or equitable relief as the Court deems just and proper; and

C. For punitive damages; and

D. For Plaintiff's reasonable attorney's fees and the cost of this action; and

E. For any such other and further relief as the Court deems just and proper.

### 2. Breach of Contract - Implied in Fact

23. Plaintiff incorporates by reference Paragraphs 1 through 22 of this Complaint.

24. As a result of the conduct of the parties throughout Plaintiff's employment with Defendant and/or its predecessors, a implied in fact employment contract was formed which provided that the Plaintiff could remain employed until retirement, only terminated for cause and then only after notice, an opportunity to be heard and progressive discipline.

25. The conduct of the Defendant constitutes a breach of the implied in fact employment contract.

26.     As a result of the breach of the implied in fact employment contract, Plaintiff has suffered a loss of income and employment benefits in excess of Seventy-five Thousand Dollars ($75,000).

WHEREFORE, Plaintiff prays for a judgment against the Defendant for damages in excess of Seventy-five Thousand Dollars ($75,000), for pre- and post-judgment interest and for such other and further relief being just and equitable by the Court.

> Respectfully submitted,
>
> AYESH LAW OFFICES
>
> By:/s/ Mark G. Ayesh
>     Mark G. Ayesh, #10175
>     David M. Hahn, #27488
>     AYESH LAW OFFICES
>     8100 East 22nd Street North
>     Building 2300, Suite 2
>     P. O. Box 781750
>     Wichita, KS   67278-1750
>     Telephone:  316-682-7381
>     E-Mail: mayesh@ayesh.kscoxmail.com
>         dhahn@ayesh.kscoxmail.com
>     *Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff respectfully requests that the issues in this matter be heard by a jury.

## DESIGNATION OF TRIAL

Plaintiff designates Wichita, Kansas as the location for the trial in this matter.

> By:/s/ Mark G. Ayesh
>     Mark G. Ayesh, #10175